IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: April 13, 2012 |
| Court Reporter:   Kara Spitler | Probation: Jan Woll |

Criminal Action No. 11-cr-00493-RBJ-1

*Parties*:                                                                                 *Counsel*:

UNITED STATES OF AMERICA,                         Michelle M. Heldmyer

   Plaintiff,

v.

PAUL MICHAEL WRIGHT, JR.,                          Colleen Scissors

   Defendant.

## SENTENCING MINUTES

**1:59 p.m.      Court in session.**

Appearances of counsel.  All parties consent to appear by video conference.

Defendant is present in custody.

Sentencing statement by Ms. Scissors.

Defendant addresses the Court regarding sentencing.

Sentencing statement by Ms. Heldmyer.

Statement by probation officer.

Statement by Justin Crandall on behalf of the defendant.

The statement of facts in the Plea Agreement and the Presentence Report are adopted in the Court's factual findings in this case.

The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's criminal history and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **February 2, 2012** to Count One of the Indictment.

**ORDERED:** Count Two of the Indictment is DISMISSED.

**ORDERED:** United States' Motion for a Variant Sentence Doc.# [35] is DENIED.

**ORDERED:** Defendant shall be **imprisoned** for a term of **46** months.

Court RECOMMENDS that the defendant be allowed to participate in a program for treatment of drug abuse while incarcerated.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **THREE** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Condition** of Supervised Release that:
- (X) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) If the defendant does not have a viable home plan at the time he is released from the Bureau of Prisons, he shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days, and shall observe the rules of that facility. The defendant may be released from the RRC early with the permission of his

probation officer if he secures a suitable residence.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment).

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of his right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:34 p.m.** **Court in recess.**

Hearing concluded.

Total time: 00:35